UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-20695-CIV-MORENO**

MICHAEL CANADY,

    Plaintiff,

vs.

DR. ROGER BROWNE, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 42)** on **June 19, 2008** on Defendant Roger Browne's Motion for Summary Judgment **(D.E. No. 27)**. The Plaintiff filed his Objections to the Magistrate Judge's Report and Recommendation on **July 11, 2008 (D.E. No. 43)**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 42)** on **June 19, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

(2)     The Defendant's Motion for Summary Judgment is **DENIED**, in part, as to the defense of lack of exhaustion of administrative remedies;

(3)     The Defendant's Motion for Summary Judgment is **GRANTED** on the merits as to all claims against Roger Browne; and

(4)     This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Michael Canady
DC# C-505702, M
DeSoto Correctional Institution
13617 SE Highway 70
Arcadia, FL 34266-7800

United States Magistrate Judge Patrick A. White

Counsel of Record